IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-13-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MATEEN MOHAMMAD ALINAGHIAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court in address of deficiencies in the government's filings received September 2, 2025, via Federal Express, which package bears August 28, 2025, ship date not received at the New Bern clerk's office until September 2, 2025, less than one day in advance of sentencing hearing noticed August 10, 2025, for 1:30 p.m., September 3, 2025. These filings, comprising a proposed sealed sentencing memorandum and a motion to seal the same (DE 28, 29), are deficient in the following two respects:

1. The filings were made by sending a package to the clerk of court by Federal Express, rather than by electronic filing as required by Local Criminal Rule 49.1(a)(1), and without any motion for manual filing as required by Local Criminal Rule 49.1(f)(1);[1]

2. The government's proposed sealed sentencing memorandum states that "attached hereto as EXHIBIT 1" are multiple exhibits. (DE 28 at 7). However, the referenced exhibits were not included and, therefore, unable to be reviewed in preparation for hearing.

---

[1] In this instance, the filings do not state or suggest any exception to electronic filing applies. For example, they do not fall within the category of documents subject to Standing Order 22-SO-3, Procedures for the Filing, Service, and Management of Highly Sensitive Documents, because they are not applications for electronic surveillance or classified material. Nor do the government's filings fall within the automatic exceptions to electronic filing set forth in the court's Electronic Case Filing Administrative Policies and Procedures Manual, § V.A (listing pro se filings, sealed cases, hearing and trial exhibits, in camera submissions, psychiatric and psychological reports, and state court records in 2254 cases).

The court necessarily discontinued said sentencing hearing. To remedy these deficiencies, the court STRIKES the filings at DE 28 and DE 29, and DIRECTS the government to file its proposed sealed sentencing memorandum and associated documents, if any, on or before **September 5, 2025,** in accordance with the published rules, policies, procedures, and standing orders of this court. Upon its review, a new hearing date then will be noticed on this court's behalf.

SO ORDERED, this the 4th day of September, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge